[No. 36480-8-II.   Division Two.   October 21, 2008.]

ERENE REED, *Respondent*, v. KARYN WHITACRE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-11146-5, Bryan E. Chushcoff, J., entered May 25, 2007. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36559-6-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LEE ARMENDARIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00192-6, Nelson E. Hunt, J., entered June 27, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 36765-3-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ALLEN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01280-4, Stephen M. Warning, J., entered September 12, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36809-9-II.   Division Two.   October 21, 2008.]

STEPHANIE FLYGARE-CADE, *Respondent*, v. GARY ROBERT FLYGARE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-00891-3, Katherine M. Stolz, J., entered August 31, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.